**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **GERARD ABATE, M.D.,**<br><br>                       **Plaintiff,**<br><br>V.<br><br>**PLESSEN MANAGEMENT SERVICES, LLC.,**<br><br>                       **Defendant.** | **CASE NO. _____**<br><br><br>**ACTION FOR BREACH OF CONTRACT / DEBT** |

## COMPLAINT

**COMES NOW,** Plaintiff, **GERARD ABATE, M.D.**, (hereinafter sometimes referred to as "Dr. Abate") and hereby filed this Complaint against Defendant, **PLESSEN MANAGEMENT SERVICES, LLC.,** (hereinafter sometimes referred to as "PMGT") and alleges as follows:

### JURISDICTION and VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00 exclusive of interest and costs and parties are residents of different jurisdictions.

2. Venue is proper in the District of St. Croix as the subject agreement was executed on St. Croix and the events complained of herein occurred on St. Croix, U.S.V.I.

### PARTIES

3. Plaintiff, Gerard Abate, M.D. is a resident of the state of Virginia.

4. Defendant, Plessen Management Services, LLC, is a Domestic Limited Liability Company (LLC) established and doing business in St. Croix, U.S. Virgin Islands.

### BACKGROUND

5. Parties entered into an Independent Contractor Agreement (hereinafter "Agreement") on March 22, 2022. *(See attached, Exhibit A).*

Gerard Abate, MD v. Plessen Management Services, LLC
Complaint
Case No._____
2

6. The agreement outlines that Plaintiff was contracted to perform outpatient medical consultation services.

7. The agreement commenced on February 16, 2022 and was to expire in two years.

8. Per the agreement, PMGT agreed to pay Plaintiff as follows:

    a. Thirty-five percent (35%) of actual collections received by Plessen Healthcare for consultation services/clinic visits provided by Plaintiff (excluding Chronic Care Management, Remote Patient Monitoring and Annual Wellness Visits performed by an RN or delegate); and

    b. Forty percent (40%) of actual collections received by Plessen Healthcare for cardiac testing performed by Plaintiff after subtracting the costs for personnel and equipment specific to the testing only.

## ACTION FOR DEBT AND BREACH OF CONTRACT

9. Defendant failed to make payments to Plaintiff as outlined above.

10. Defendant's breach of contract was willful and intentional.

11. As consequence, Plaintiff terminated the agreement early and seeks damages and compensation he is entitled to under the agreement but not paid to him.

12. Plaintiff billed approximately $300,000.00 while working under the agreement with PMGT.

13. Per the agreement, Plaintiff would earn from 35-40% of collections billed.

14. If calculated at the higher percentage ($300,000.00 x 40%), Plaintiff should have been paid about $120,000.00.

15. To date, Plaintiff has only received 2 partial payments from Defendant totaling $23,378.58.

16. Damage in this matter is estimated to be above $96,000.00.

17. Plaintiff will not be able to know the exact amount of damages until parties engage in discovery.

**WHEREFORE**, Plaintiff terminated the agreement for non-payment and seeks damages for breach of contract and debt in an amount to be determined at trial.

                                                      Respectfully submitted,

Dated: February 3, 2023                By: <u>/s/ Scot McChain</u>
                                                        Scot F. McChain, Esq.
                                                        MCCHAIN HAMM & ASSOCIATES
                                                        5030 Anchor Way, Suite 13
                                                        Christiansted, VI 00820
                                                        Tel: (340) 773-6955
                                                        info@usvi.law
                                                        smcchain@usvi.law